No. 717. EL PUEBLO, DEMANDANTE Y APELADO, *v.* SANTOS, ACUSADO Y APELANTE.—

No. 716. El Pueblo, Demandante y Apelado, *v.* Gutié-
rrez, Acusado y Apelante.—

No. 715. El Pueblo, Demandante y Apelado, *v.* Rivera,
Acusado y Apelante.—

No. 714. El Pueblo, Demandante y Apelado, *v.* Pellot,
Acusado y Apelante.—

Apelaciones procedentes de la Corte de Distrito de Maya-
güez en causas por infracción de la Ley Electoral y por por-
tar armas prohibidas la última. Resueltas en noviembre 19,
1914. Confirmadas las sentencias apeladas. Abogado del
Pueblo: *Sr. Salvador Mestre, Fiscal.* Los acusados no com-
parecieron.